

**UNITED STATES DEPARTMENT OF COMMERCE**
**Office of the General Counsel**
OFFICE OF THE CHIEF COUNSEL FOR IMPORT ADMINISTRATION
Washington, D.C. 20230

November 5, 2014

VIA ELECTRONIC FILING

Honorable Tina Potuto Kimble
Clerk of the Court
United States Court of International Trade
One Federal Plaza
New York, New York 10007

    Re: Administrative Record
    Apex Frozen Foods Private Limited, et. al. v. United States,
    Court No. 14-00226

Dear Ms. Kimble:

In accordance with Rule 73.2(b) of the Rules of this Court, I am transmitting the index of the administrative record for the above-referenced administrative review of frozen warmwater shrimp from India. I am also transmitting the certification for the index, as well as the final results, published as *Certain Frozen Warmwater Shrimp from India: Final Results of Antidumping Duty Administrative Review*, 79 Fed. Reg. 51,309 (Dep't of Commerce August 28, 2014), a *Notice of Correction to the Final Results of the 2012-2013 Antidumping Duty Administrative Review*, 79 Fed. Reg. 55,430 (Dep't of Commerce September 16, 2014), and the accompanying Issues and Decision Memorandum.

Pursuant to the amended Rule 73.2, we are not filing the record with the court. By way of reminder, however, the record index (like the record) is divided into two sections, one containing the public documents, and the other containing documents with business proprietary information. Please note that the indices generated by IA ACCESS identify the record document by bar code.

Should any questions arise concerning this matter, please contact me at (202) 482-6292.

                Respectfully submitted,

                Scott D. McBride
                Senior International Trade Attorney
                Office of the Chief Counsel for
                Trade Enforcement & Compliance
                U.S. Department of Commerce

Enclosure
(with certification, index, Final Determination, Notice of Correction, and accompanying Issues and Decision Memorandum)

cc:

**Robert Lewis LaFrankie II**
**Alexandra Bradley Hess**
**Matthew Robert Nicely**
Hughes Hubbard & Reed LLP
1775 I Street, NW
Suite 600
Washington, DC   20006
(202) 721-4691
Fax: (202) 721-4646
lafranki@hugheshubbard.com

**Joshua Ethan Kurland**
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Washington, DC 20044
(202) 616-0477
(202) 307-0972
Joshua.e.kurland@usdoj.gov

**Jordan Charles Kahn**
**Andrew William Kentz**
**Nathaniel Jude Maandig Rickard**
Picard, Kentz & Rowe, LLP
1750 K Street, NW
Suite 1200
Washington, DC   20006
(202) 331-5033
Fax:   (202) 331-4011
jkahn@pkrllp.com