

**UNITED STATES COURT OF INTERNATIONAL TRADE**
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
CLAIRE R. KELLY
JUDGE

February 2, 2016

**Via Email**

Robert Lewis LaFrankie, II, Esq.
Alexandra Bradley Hess, Esq.
Matthew Robert Nicely, Esq.
Hughes Hubbard & Reed LLP
1775 I Street, NW
Suite 600
Washington, DC 20006
  *Email*:   lafranki@hugheshubbard.com
         hessa@hugheshubbard.com
         nicely@hugheshubbard.com

Joshua Ethan Kurland, Esq.
Patricia Mary McCarthy, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
  *Email*:   joshua.e.kurland@usdoj.gov
         patricia.mccarthy@usdoj.gov

Scott Daniel McBride, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement and Compliance
14th Street & Constitution Avenue, NW
Room 3622
Washington, DC 20230-0001
  *Email*:   scott.mcbride@trade.gov

Nathaniel Jude Maandig Rickard, Esq.
Andrew William Kentz, Esq.
Meixuan (Michelle) Li, Esq.
Roop Kiran Bhatti, Esq.
Picard, Kentz & Rowe, LLP
1750 K Street, NW
Washington, DC 20006
*Email*:   nrickard@pkrllp.com
           akentz@pkrllp.com
           mli@pkrllp.com
           rbhatti@pkrllp.com

      Re:   <u>Apex Frozen Foods Private Limited et al. v. United States</u>
           Court No. 14-00226

Dear Counsel:

    It is my intention to issue a public version of the Opinion in the above-captioned case on Wednesday, February 10, 2016. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and inform the court by Monday, February 8, 2016, in writing, whether any information not already in brackets is confidential and should be redacted in the public version. If you do believe any additional information should be redacted from the public version, please state the basis for your belief.

    Thank you for your assistance.

                                      Sincerely,

                                      /s/ Claire R. Kelly
                                      Claire R. Kelly, Judge

Cc: Steve Taronji
    For docketing