IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| APEX FROZEN FOODS PRIVATE LIMITED, *ET AL.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES,<br><br>　　　　　　　Defendant,<br>　and<br><br>AD HOC SHRIMP TRADE ACTION COMMITTEE<br>　　　　　　　Defendant-Intervenor. | Court No. 14-000226 |

## COMMENTS ON BRACKETING OF CONFIDENTIAL SLIP OPINION

Pursuant to the Court's February 2, 2016 letter requesting bracketing comments on the confidential Opinion issued in the above-captioned matter, Plaintiffs have reviewed the confidential Opinion and we confirm that the bracketing is correct. Specifically, Plaintiffs confirm there is no additional non-bracketed information in the Opinion that should be redacted in the public version and the double-bracketed information in the confidential Opinion remains confidential and should be redacted in the public version.

Counsel for Plaintiffs has separately conferred about the bracketing with counsel for Defendant United States and counsel for Defendant-Intervenor Ad Hoc Shrimp Trade Action Committee. Those parties also agree that the bracketing is correct.

Plaintiffs note that the Court intends to release the public version of the Opinion in this case on Wednesday, February 10, 2016. Plaintiffs further note that the Court is scheduled to

hold an oral argument that same day in another case (involving frozen shrimp from Vietnam) addressing differential pricing issues.  Plaintiffs respectfully request that the Court release the public version of the Opinion prior to that time if convenient and otherwise practicable to do so to afford all parties in the Vietnam shrimp case more time to read this Court's Opinion prior to that oral argument.  Doing so would permit a more informed discussion of this Opinion during the oral argument in the Vietnam shrimp case.

    Respectfully submitted,

    /s/ Robert L. LaFrankie
    Robert L. LaFrankie
    Alexandra B. Hess

    Hughes Hubbard & Reed LLP
    1775 I Street, NW
    Washington, DC  20006-2401
    (202) 721-4600

    *Counsel to Plaintiffs, Apex Frozen Foods Pvt. Ltd., et al.*

Dated:  February 5, 2016

## PUBLIC CERTIFICATE OF SERVICE

I, Robert L. LaFrankie, hereby certify that a copy of the foregoing public submission has been served this day electronically upon the following persons:

**On behalf of the United States**:

Joshua E. Kurland
**U.S. DEPARTMENT OF JUSTICE**
Commercial Litigation Branch – Civil Div.
PO Box 480
Ben Franklin Station
Washington, DC 20044

**On behalf of Ad Hoc Shrimp Trade Action Committee:**

Nathaniel Maandig Rickard, Esq.
**PICARD KENTZ & ROWE LLP**
1750 K Street, NW
Suite 1200
Washington, DC  20006

/s/ Robert L. LaFrankie
Robert L. LaFrankie
Alexandra B. Hess
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, D.C.  20006-2401

Dated:  February 5, 2016